UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DR. SPENCER, et al.,<br><br>　　　　Defendants. | Case No. 18-04511 BLF (PR)<br><br>**ORDER OF RESERVICE;**<br>**INSTRUCTIONS TO CLERK** |

　　Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On July 11, 2019, the Court ordered service of this action on defendants at San Mateo County Jail, Maguire Correctional Facility State Prison. (Docket No. 14). On July 17, 2019, the Clerk mailed Notices of Lawsuit and a Request for Waiver of Service of Summons and Waivers of Service of Summons to Defendants. (Docket Nos. 15 & 16). To date, no response has been received and no Defendant has yet appeared in this matter. Accordingly, the Clerk is ordered to reissue the documents and resend them.

　　The Clerk of the Court shall mail a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the

Order of Reservice
PRO-SE\BLF\CR.18\04511Saddozai_resvc

amended complaint, (Docket No. 10), all attachments thereto, a copy of Order of Service (Docket. No. 14), and a copy of this order upon **Defendants Dr. Spencer and Nurse Practitioner Amanda** at the **San Mateo County Jail, Maguire Correctional Facility** (300 Bradford St., Redwood City, CA 94063). The Clerk shall also mail a courtesy copy of this order to Deputy County Counsel Paul S. Sheng at the San Mateo County Counsel's Office (400 County Center, 6th Floor, Redwood City, CA 94063-1662). A copy of this order shall also be sent to Plaintiff.

**IT IS SO ORDERED.**

Dated: Oct 31, 2019

BETH LABSON FREEMAN
United States District Judge

Order of Reservice
PRO-SE\BLF\CR.18\04511Saddozai_resvc