UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br>    Plaintiff,<br>v.<br>BOLANES, et al.,<br>    Defendants. | Case No. 18-cv-04511-BLF (PR)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 47) |

Plaintiff, a state prisoner at the Corcoran State Prison ("CSP") in Corcoran, California, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against CSP personnel and medical staff. On July 11, 2019, the Court issued an order of service directing Defendants to file a dispositive motion. Dkt. No. 14. On January 30, 2020, Defendants filed a motion for summary judgment. Dkt. No. 31. Plaintiff has filed a motion for a second extension of time to file opposition to the motion for summary judgment, asserting that he is being denied daily law library access. Dkt. No. 47. Good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff is granted an extension of time of forty-two days, such that his opposition is due **no later than July 24, 2020**.

1    Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's
2  opposition is filed.
3    This order terminates Docket No. 47.
4    **IT IS SO ORDERED**
5  Dated:  ___**June 15, 2020**_____

BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Opposition
PRO-SE\BLF\CR.18\04511Saddozai_eot_opp to MSJ