UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOLANES, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-04511-BLF (PR)<br><br>**ORDER GRANTING MOTION FOR FOURTH EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 54) |

　　　　Plaintiff, a state prisoner currently housed at the Salinas Valley State Prison ("SVSP"), filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel and medical staff at Corcoran State Prison. On July 11, 2019, the Court issued an order of service directing Defendants to file a dispositive motion. Dkt. No. 14. On January 30, 2020, Defendants filed a motion for summary judgment. Dkt. No. 31. Plaintiff has filed a motion for a fourth extension of time of 60 days to file opposition to the motion for summary judgment due to prison lockdown, lack of access to law library services and resources related to the COVID-19 pandemic, as well as delays in receiving court orders. Dkt. No. 54.

　　　　Good cause appearing, Plaintiff's motion is **GRANTED IN PART**. Plaintiff is

granted an extension of time of thirty (30) days, such that his opposition is due **no later than September 21, 2020**. Defendants' reply shall be filed **no later than fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 54.

**IT IS SO ORDERED**

Dated: __August 28, 2020____

BETH LABSON FREEMAN
United States District Judge

Order Granting Fourth Ext. of Time to File Opposition
PRO-SE\BLF\CR.18\04511Saddozai_eot_opp4