UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br>　　　　Plaintiff,<br>　　v.<br>DR. SPENCER, et al.,<br>　　　　Defendants. | Case No. 18-04511 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment.  Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated:  __November 20, 2020_____**　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.18\04511Saddozai_judgment